In the Matter of JOHN P. CRANE, Appellant, against GEORGE P. MONAGHAN, as Fire Commissioner of the Fire Department of the City of New York, et al., Respondents.

Argued February 24, 1955; decided March 11, 1955.

*Daniel P. A. Sweeney* and *Irving A. Silverman* for appellant.

*Leo A. Larkin, Acting Corporation Counsel* (*Victor J. Herwitz* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ. Taking no part: Burke, J.